Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Division

Case No. _____
)                                         *(to be filled in by the Clerk's Office)*
Jeffrey M.S. Hastings                )
_____  )
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*  )
*If the names of all the plaintiffs cannot fit in the space above,*         )  Jury Trial: *(check one)*   ☒ Yes   ☐ No
*please write "see attached" in the space and attach an additional*  )
*page with the full list of names.)*                                                        )
-v-                                                                                                       )
                                                                                                            )   ┌─────────────────────────┐
                                                                                                            )   │ FILED BY _____ D.C.     │
                                                                                                            )   │                         │
Sgt Thomas                                                                                         )   │ APR 1 1 2025            │
Ds Owens                                                                                           )   │                         │
_____  )   │ ANGELA E. NOBLE         │
*Defendant(s)*                                                                                    )   │ CLERK U.S. DIST. CT.    │
*(Write the full name of each defendant who is being sued. If the*  )   │ S.D. OF FLA. – W.P.B.   │
*names of all the defendants cannot fit in the space above, please*      └─────────────────────────┘
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jeffrey M.S. Hastings |
   | Address | 8862 Estate dr |
   | | W.P.B / FL / 33411 |
   | | City / State / Zip Code |
   | County | Palm Beach County |
   | Telephone Number | 561 667 3511 |
   | E-Mail Address | theplaintiff@proton.me |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Sgt Thomas |
   | Job or Title *(if known)* | Sergant |
   | Address | 3228 gunclub rd |
   | | w.p.b / fl / 33406 |
   | | City / State / Zip Code |
   | County | palm beach county |
   | Telephone Number | 561 688 3000 |
   | E-Mail Address *(if known)* | |

   ☐ Individual capacity  ☒ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Ds Owens |
   | Job or Title *(if known)* | Deputy Sheriff |
   | Address | 3228 gunclub rd |
   | | w.p.b / fl / 33406 |
   | | City / State / Zip Code |
   | County | palm beach county |
   | Telephone Number | 561 688 3000 |
   | E-Mail Address *(if known)* | |

   ☐ Individual capacity  ☒ Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

_____ fl _____
City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

my 1st and 4th Amendment rights  as well as 14th

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sgt Thomas and Ds Owens cunducted a illegal and unconstitutional traffic stop soley 4th Amendment purposes. Where Sgt Thomas stated on camera were still learning bear with us. This was done in marked cars that belong to the sheriffs office after responding to a protest.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The protest where the cops came to was at the post offic on summit blvd. Then the illegal and retalitory traffic stop was cuntucted on summit blvd, and lead me to turn onto kirk rd where i pulled my automobile to side of the road soley for 4th amendment purposes and then was kidnapped.

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 23rd 2025 between 2 and 4 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Between 1 and 4 pm On March 23 2025 I was counter protesting the post office employees and there protest. The postal employees were being very loud and obnoxious with there threating behaviours of surronding people and shouting at them which lead to a woman calling the police to be there to keep everyone safe. Ds Owens and a unnamed deputy who refused to id asked me for my id and i told them that was protected by my 4th amendment right. They acted as if that was ok while Ds owens took a ladys id that was also counter protesting the postal employees. These deputies waited about 1 hour to leave when the protest was almost over and i was set to leave. Sgt Thomas and Ds Owens parked about 50 yards away and waited for me to leave to cuntuct a illegal retalitory traffic stop soley for 4th amendment purposes. They had no justification for the stop at the time of the stop which can clearly be seen in a video i was taking to share to my youtube channel @notpbso. SGT Thomas stated on camera that they were trying to learn to bear with them. I told them to call the sheriff and ask if this was how he wanted them to do there jobs and Sgt Thomas then stated he did not care what the sheriff would want because right here right now he was the sheriff or so he stated.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotionally turmoil and complexities to my ptsd that other deputies have caused and my already injured shoulders hurt from being put into torture cuffs for Ds Owens to feel comfortable while he proceeded to kidnap me. This has also cost me a $5000 dollar bond or ransom depending how you look at it. its also caused me emberassment and wasted time of mine and my mothers since i had to call her to find a bonds man and drive me around to pick up the truck that was towed when ds Owens kidnapped me. i informed Ds owens what he was doing was a crime and he disagreed and his criminal behaviour continued and probaly will again unless these courts stop him..

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I need $250,000.00 for the emotional turmoil and continued attemts to ruin my life covertly. Also i will need $250,000.00 for the complexities to my ptsd.I also am seeking 1.5 million dollars in punitive damages to try to ensure the sheriffs office and its deputies know this type of behaviour is no longer acceptable and or allowed in my community.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-11-2025

Signature of Plaintiff: Jeff Hastings
Printed Name of Plaintiff: Jeffrey Hastings

### B. For Attorneys

Date of signing: N/a

Signature of Attorney: N/a  pro se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address: 8862 Estate dr.
W.P.B.  FL.  33411
City  State  Zip Code
Telephone Number: 561 667 3511
E-mail Address: theplaintiff@proton.me